UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MATTHEW JOHN ANDALUZ,

    Defendant.
_____/

No. 1:17-CR-13

HON. ROBERT J. JONKER
Chief U.S. District Judge

## STIPULATION OF FACT

The parties stipulate and agree to the following:

Government Exhibit 21 is a receipt provided by Best Buy in response to a law enforcement inquiry in this case. Best Buy maintained a copy of the receipt in its records related to purchases made by customer Matthew Andaluz. This document is a business record; that is, a record made by a person with knowledge at or near the time; the record was kept in the course of a regularly conducted activity of Best Buy; making such records was a regular practice of Best Buy's regularly conducted business activities; and the method used to record the information was reliable.

Respectfully submitted,

Dated: June 3, 2017

/s/ Helen Nieuwenhuis
HELEN NIEUWENHUIS
Counsel for the Defendant

Dated: June 3, 2017

/s/ Matthew Andaluz
MATTHEW JOHN ANDALUZ
Defendant

Dated: May 25, 2017

/s/ Sean M. Lewis
SEAN M. LEWIS
Assistant United States Attorney