UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MATTHEW JOHN ANDALUZ,

    Defendant.
_____/

No. 1:17-CR-13

HON. ROBERT J. JONKER
Chief U.S. District Judge

## STIPULATION OF FACT

The parties stipulate and agree to the following:

Government Exhibit 23 is a record from Facebook showing subscriber information for the Facebook account "AbasyyxArtworks."

Government Exhibit 24 is a record from DeviantArt showing subscriber information for the account "AbasyyxStock."

These documents are business records; that is, records made by a person with knowledge at or near the time; the record was kept in the course of a regularly conducted activity; making such records was a regular practice of these businesses' regularly conducted business activities; and the method used to record the information was reliable.

Respectfully submitted,

Dated: June 5, 2017

HELEN NIEUWENHUIS
Counsel for the Defendant

Dated: June 3, 2017

MATTHEW JOHN ANDALUZ
Defendant

Dated: May 25, 2017

/s/ Sean M. Lewis
SEAN M. LEWIS
Assistant United States Attorney