UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MATTHEW JOHN ANDALUZ,

    Defendant.

_____/

No. 1:17-CR-13

HON. ROBERT J. JONKER
Chief U.S. District Judge

## STIPULATION OF FACT

The parties stipulate and agree to the following:

Government Exhibit 22 is a Residential Lease for 243 N 27th Street, Springfield, MI 49015, that was made and signed on or about April 30, 2010. This document is a business record; that is, a record made by a person with knowledge at or near the time; the record was kept in the course of a regularly conducted activity; and making such records was a regular practice of the landlord's regularly conducted business activities.

Respectfully submitted,

Dated: June 3, 2017

_____
HELEN NIEUWENHUIS
Counsel for the Defendant

Dated: June 3, 2017

_____
MATTHEW JOHN ANDALUZ
Defendant

Dated: May 25, 2017

/s/ Sean M. Lewis
SEAN M. LEWIS
Assistant United States Attorney