UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

MATTHEW JOHN ANDALUZ,

        Defendant.

_____/

No. 1:17-CR-13

HON. ROBERT J. JONKER
Chief U.S. District Judge

## STIPULATION OF FACT

The parties stipulate and agree to the following:

The following items were manufactured outside the state of Michigan.

- Government Exhibit 1 (Nikon D3000 digital camera)
- Government Exhibit 2 (SanDisk Cruzer Glide 16 GB thumb drive)
- Government Exhibit 4 (1.0 TB Western Digital hard drive from Exhibit 3)

In addition, Nikon sold Government Exhibit 1, the Nikon D3000 digital camera, to Best Buy Stores on or about June 2, 2010.

Respectfully submitted,

Dated: _June 2_, 2017

        HELEN NIEUWENHUIS
        Counsel for the Defendant

Dated: _June 3_, 2017

        MATTHEW JOHN ANDALUZ
        Defendant

Dated: May 31, 2017

        /s/ Sean M. Lewis
        SEAN M. LEWIS
        Assistant United States Attorney