# Attachment 1

# Character Letter in Support

9/7/17

Honorable Robert J Jonker
Chief United States District Judge
699 Federal Bldg, Grand Rapids, MI

Dear Judge Jonker,

My name is Doreen Andaluz. I am the mother of Matthew J. Andaluz. Matthew is my first born. He was always a good, loving and outgoing child, that is untill puberty, when he had some body issues. He unfortunitly had a younger brother who loved to rag on him about them. Matthew began shutting down around this time and became somewhat anti Social. But he has always, even as a baby, had a sharp and creative mind. Matthew has a talent for writing and art. I am hoping his incarceration and rehapilitation will help sharpen his skills and rekindle his desires to write and create. I believe he can and will be able to make a decent living utilizing his talents apon his release. Matthew will always have a place to call home with me.

My son has been as candid with me with matters concerning his legal problems. He has admitted his guilt to me and has expressed great concern and sorrow for the victom.

Matthew understands what he did was wrong and regrets his actions. Both Matthew and I believe the Sex Offender Rehabilitation program will be benifishel towards change.

Thank you for your time and consideration

Ms. Doreen Andaluz